```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 19230
   MARY T ULIVI
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-4579

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/17/2004 and was confirmed 07/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/11/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
LASALLE TALMAN HOME MORT  CURRENT MORTG           .00           .00           .00
CHRYSLER FINANCIAL SVC A  SECURED              7000.00        482.13       7000.00
CHRYSLER FINANCIAL SVC A  UNSEC W/INTER        5021.55        693.66       3146.88
CITY OF CHICAGO WATER DE  SECURED               500.00         34.71        500.00
RESURGENT ACQUISITION LL  UNSEC W/INTER         867.02        113.10        543.34
AT & T WIRELESS           UNSEC W/INTER        2669.95        349.46       1673.08
CAPITAL ONE BANK          UNSEC W/INTER        1652.80        218.45       1035.79
CAPITAL ONE BANK          UNSEC W/INTER         762.10        101.02        477.59
ARROW FINANCIAL SERVICES  UNSEC W/INTER         507.76         67.21        318.01
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER        1992.77        261.97       1248.80
CITY OF CHICAGO PARKING   UNSEC W/INTER         730.00        100.95        457.46
ROUNDUP FUNDING LLC       UNSEC W/INTER        2590.15        357.70       1623.20
FCNB                      UNSEC W/INTER NOT FILED                .00           .00
RESURGENT ACQUISITION LL  UNSEC W/INTER        3298.19        455.52       2066.89
HOUSEHOLD RETAIL SERVICE  UNSEC W/INTER NOT FILED                .00           .00
JC PENNEY MONGRAM CREDIT  UNSEC W/INTER NOT FILED                .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER        5432.29        750.44       3404.29
JEFFERSON CAPITAL SYSTEM  UNSEC W/INTER        2456.74        339.40       1539.56
ECAST SETTLEMENT CORP     UNSEC W/INTER         796.35        107.28        499.05
CAPITAL ONE BANK          UNSEC W/INTER         372.58         50.57        233.35
ABN AMRO MORTGAGE GROUP   COST OF COLLE          89.30           .00         89.30
ABN AMRO MORTGAGE GROUP   COST OF COLLE          74.08           .00         74.08
LEDFORD & WU              DEBTOR ATTY         2,000.00                    2,000.00
TOM VAUGHN                TRUSTEE                                         1,985.76
DEBTOR REFUND             REFUND                                              .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  34,400.00


                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 19230 MARY T ULIVI
```

```
PRIORITY                                                              .00
SECURED                                                          7,663.38
    INTEREST                                                       516.84
UNSECURED                                                       18,267.29
    INTEREST                                                     3,966.73
ADMINISTRATIVE                                                   2,000.00
TRUSTEE COMPENSATION                                             1,985.76
DEBTOR REFUND                                                         .00
                                       ----------------   ----------------
TOTALS                                       34,400.00          34,400.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE